**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6349**

---

ENRIQUE FACUNDO,

                                    Petitioner - Appellant,

        versus

MARK A. HENRY, Warden,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-98-
3385-MJG)

---

Submitted:  June 17, 1999          Decided:  June 25, 1999

---

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Enrique Facundo, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, George Levi Russell, III, OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Enrique Facundo appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Facundo v. Henry</u>, No. CA-98-3385-MJG (D. Md. Feb. 10 & Mar. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2